UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
J.P.E., An Infant by his Parent and Natural  :
Guardian, DANIELLE R. PEREZ-ESTRADA,  :
DANIELLE R. PEREZ-ESTRADA,  :
Individually, and JOEL PEREZ-ESTRADA,  :
                       Plaintiffs,  :
                                        :
v.  :
      :
UNITED STATES OF AMERICA,  :
                       Defendant.  :
--------------------------------------------------------------x

**ORDER**

21 CV 836 (VB)



  Under Rule 18 of the SDNY Rules for the Division of Business Among District Judges, a civil case <u>must</u> be designated for assignment to White Plains if:

  i. The claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan, or Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties; or

  ii. The claim arose in whole or in major part in the Northern Counties and none of the parties resides in this District.

A civil case <u>may</u> also be designated for assignment to White Plains if:

  iii. The claim arose outside this district and at least some of the parties reside in the Northern Counties; or

  iv. At least half of the parties reside in the Northern Counties.

  According to the complaint, the acts and omissions giving rise to this lawsuit all occurred at facilities operated by Montefiore Medical Center, at its 1695 Eastchester Road and 1825 Eastchester Road, Bronx, New York, locations. The complaint further alleges that all three plaintiffs reside in Bronx County. Accordingly, it appears that this case may have been improperly designated for assignment to the White Plains courthouse.

  By **February 11, 2021**, plaintiffs' counsel is directed to submit a letter to the Court either acknowledging that this case should be transferred to Manhattan or explaining why the case is

properly designated for assignment to White Plains under Rule 18.

Dated: February 4, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge